| AO 10<br>Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2011 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Grewal, Paul S. | 2. Court or Organization<br><br>District Court- Northern District of California | 3. Date of Report<br><br>6/14/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>    magistrate judges indicate full- or part-time)<br><br>Full-time Magistrate Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐    Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>Robert F. Peckham Federal Building<br>280 S. 1st Street<br>San Jose, CA 95113 | | |
| **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*<br>*checking the NONE box for each part where you have no reportable information. Insert signature on last page.* | | |

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2009 | Howrey LLP Partnership Agreement with former law firm, no control |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grewal, Paul S. | 6/14/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Symantec Corporation -- salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Austin IP Law Association | 5/16/2011-5/17/2011 | Austin, TX | Speech | Transportation, lodging and food |
| 2. | North American South Asian Bar Association | 6/23/2011-6/25/2011 | Los Angeles, CA | Bench/bar panel | Transportation, lodging and food |
| 3. | E.D. Texas Bench and Bar Association | 9/26/2011-9/27/2011 | Irving, TX | Bench/bar panel | Transportation, lodging and food |
| 4. | Indian American Bar Association - Chicago | 10/7/2011 | Chicago, IL | Speech | Transportation, lodging and food |
| 5. | South Asian Bar Association San Diego | 11/7/2011 | San Diego, CA | Speech | Transportation, lodging and food |

| Name of Person Reporting | Date of Report |
|---|---|
| Grewal, Paul S. | 6/14/2012 |

| 6. | National Asian Pacific American Bar Association | 11/17/2011-11/18/2011 | Atlanta, GA | Bench/bar panel | Food |
|---|---|---|---|---|---|

| Name of Person Reporting | Date of Report |
|---|---|
| Grewal, Paul S. | 6/14/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | Mortgage on rental property #1, San Jose, CA (Pt. VII, line 8) | N |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grewal, Paul S. | 6/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trust #1 | | | | | | | | | |
| 2. -Old Mutual Focus Fund Z Class (Y) | | | | | | | | | |
| 3. -American Century Income & Growth | A | Int./Div. | K | T | | | | | |
| 4. -TD Ameritrade | | | | | | | | | |
| 5. -Ariba Common Stock (Y) | | | | | | | | | |
| 6. -Boston Scientific Common Stock (Y) | | | | | | | | | |
| 7. -Cisco Systems Common Stock (Y) | | | | | | | | | |
| 8. -Intel Common Stock (Y) | | | | | | | | | |
| 9. -Microsoft Common Stock (Y) | | | | | | | | | |
| 10. -Pfizer Common Stock (Y) | | | | | | | | | |
| 11. -Qwest Common Stock (Y) | | | | | | | | | |
| 12. -Yahoo! Common Stock (Y) | | | | | | | | | |
| 13. -T.D. Ameritrade (Money Market Account) | A | Interest | K | T | | | | | |
| 14. -T. Rowe Price New Asia | A | Int./Div. | K | T | | | | | |
| 15. -ETrade | | | | | | | | | |
| 16. -ETrade (Deposit Account) | A | Int./Div. | K | T | | | | | |
| 17. -Symantec Corporation | A | Dividend | K | T | Buy | 2/15/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grewal, Paul S. | 6/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy | 08/15/11 | J | | |
| 19. -ING Direct | B | Interest | M | T | | | | | |
| 20. -Rental Property #1, San Jose, CA | F | Rent | O | W | | | | | |
| 21. First Tech Federal Credit Union (Deposit Accounts) See VIII | D | Interest | N | T | | | | | |
| 22. 401(K) #1 (formerly referred to as Charles Schwab) | | | | | | | | | |
| 23. -Metropolitan West Total Return Fund | | None | M | T | Buy | 12/31/11 | J | | |
| 24. -MFS Blended Research U.S. Core Equity See VIII | | None | M | T | Buy | 12/31/11 | J | | |
| 25. | | | | | Buy | 12/31/11 | J | | |
| 26. | | | | | Buy | 12/31/11 | J | | |
| 27. | | | | | Buy | 12/31/11 | J | | |
| 28. | | | | | Buy | 12/31/11 | J | | |
| 29. | | | | | Buy | 12/31/11 | J | | |
| 30. -Vanguard Institutional Index Instl | | None | K | T | | | | | |
| 31. -Vanguard International Growth Adm | | None | K | T | | | | | |
| 32. -Vanguard Small Cap Index Instl | | None | K | T | | | | | |
| 33. -Dodge & Cox International Stock | | None | K | T | | | | | |
| 34. -Vanguard MidCap Index Ins | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grewal, Paul S. | 6/14/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. IRA #1 (formerly referred to as Fidelity) | | | | | | | | | |
| 36. -Fidelity Freedom 2035 | | None | N | T | | | | | |
| 37. -Fidelity Total Mkt Index Investor Class | | None | K | T | | | | | |
| 38. Fidelity Scholarshare CA Portfolio 2024 | | None | K | T | | | | | |
| 39. T. Rowe Portfolio 2018 | | None | M | T | | | | | |
| 40. Hewlett-Packard Company | A | Dividend | K | T | | | | | |
| 41. IRA #2 (formerly referred to as IRA #1) | | | | | | | | | |
| 42. -Old Mutual Strategic Small Company Fund Cl Z (See VIII) | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grewal, Paul S. | 6/14/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section I. POSITIONS

2. In my amended initial report, I reported my advisor and member roundtable positions with the North American South Asian Bar Association and South Asian Bar Association of Northern California. Although I continue to hold those positions, I no longer list as I now understand that non-fiduciary positions such as these are properly excluded.

Section VII. INVESTMENTS and TRUSTS

21. First Tech Federal Credit Union (Deposit Accounts) (formerly referred to as Addison Avenue Credit Union)

23-29. Note that because of a transfer of accounts, I am unable to access records identifying specific dates for these transactions. I therefore listed the last day of the reporting period for each of these transactions. The value code reflects the total value of purchases during the reporting period.

24. MFS Blended Research U.S. Core Equity (formerly referred to separately as Hotchkis and Wiley Large Cap Value Fund and American Funds Growth Fund of America)

42. Old Mutual Strategic Small Company Fund Cl Z (formerly known as Old Mutual Fours Fund 2 Class Mutual)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Paul S. Grewal**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544